1038 

LOUISE HUNTLEY, *Appellant*, v. RAYMOND SPEES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-2-01075-1, Michael F. Moynihan, J., entered July 26, 1993. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, C.J., and Grosse, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01250-9, R. Joseph Wesley, J., entered September 10, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse and Webster, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY ANTHONY HARDAWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00330-8, Michael E. Donohue, J., entered August 3, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

PAUL KREAGER, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 92-2-00122-3, Wallis W. Friel, J., entered October 19, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J. Now published at 76 Wn. App. 661.